JS-6

1 DAVID C. LOE, SBN 148968
  THE LOE LAW GROUP
2 5826 EAST NAPLES PLAZA
  LONG BEACH, CA 90803
3 TELEPHONE: (562) 901-3060
  FACSIMILE:      (562) 439-9002
4 EMAIL: david@loelawgroup.com

5 **Attorneys for Plaintiffs,**
  **SWECARB AB**

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

| 11 | SWECARB AB, a Swedish corporation, | **CASE NO.:** 8:17-cv-00084 |
|---|---|---|
| 12 | Plaintiff, | [Orange County Superior Court Case number: 30-2016-00883010-CU-BC-CJC] |
| 13 | v. | |
| 14 | VITARGO GLOBAL SCIENCES, LLC, a Delaware limited liability company; | [PROPOSED] **ORDER FOR REMAND TO STATE COURT** [7] |
| 15 | VITARGO GLOBAL SCIENCES, INC., a Delaware corporation; and DOES 1-10, | |
| 16 | inclusive, | |
| 17 | Defendants. | |

18

19

20

21

22    Having considered the Stipulation filed concurrently with this (Proposed)

23 Order for Remand to State Court and good cause appearing therefore, THE COURT

24 HEREBY ORDERS AS FOLLOWS:

25    1.   This matter, SWECARB AB v. VITARGO GLOBAL SCIENCES, LLC;

26         VITARGO GLOBAL SCIENCES, INC. United States District Court

27         Central District Case Number: 8:17-cv-00084 and Superior Court of

28         California for the County of Orange Case Number: 30-2016-00883010-

1

1     CU-BC-CJC is remanded to the Superior Court of California for the

2     County of Orange, Department C17, Judge Craig Griffin forthwith; and

3     2.     Other:

4     _____

5     _____

6     _____

7     _____

8     _____.

9

10    Dated: January 30, 2017        By:   _David O. Carter_

                                            Honorable David O. Carter
11                                          Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER FOR REMAND TO STATE COURT